**1**

Allie E. LEWIS et al., Petitioners, v. Franklin E. KENNAMER, as Judge. (Circuit Court of Appeals, Eighth Circuit. August 10, 1925.) No. 281, Original. On Petition for Writ of Prohibition. R. L. Davidson, W. I. Williams, George B. Schwabe, and R. W. Kellough, all of Tulsa, Okl., for petitioners. O. H. Graves, of Pryor, Okl., for respondent.

PER CURIAM. Petition for writ of prohibition denied.

**2**

Houghton A. MARTIN, Plaintiff in Error, v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. September 16, 1925.) No. 7174. In Error to the District Court of the United States for the Eastern District of Oklahoma. Clint C. Steinberger, of Tulsa, Okl., and T. J. Wiley, of Muskogee, Okl., for plaintiff in error. Frank Lee, U. S. Atty., of Muskogee, Okl.

PER CURIAM. Writ of error docketed and dismissed, without costs to either party in this court, on motion of defendant in error and consent of plaintiff in error.

**3**

Charles H. MEARS, Plaintiff, v. J. M. GIDDING & CO., Inc., Defendant, and Jessie Farquharson and Margaret Wheelock, Appellants. (Circuit Court of Appeals, Second Circuit. June 1, 1925.) No. 374. Appeal from the District Court of the United States for the Southern District of New York. Appeal from final order in Equity entered in the District Court for the Southern District of New York. Simpson, Thacher & Bartlett, of New York City (Louis Connick and Fred Bielaski, both of New York City, of counsel), for appellants. Rosenberg & Ball, of New York City (Godfrey Goldmark and Ralph F. Colin, both of New York City, of counsel), for appellee. Before HOUGH and MANTON, Circuit Judges.

PER CURIAM. There is no difference in legal effect between this case and that of Heineman, etc., Corporation v. Nat Levy & Co., 6 F.(2d) 970, opinion filed in this court April 6, 1925. On the authority of that case, the order below is reversed with costs.

**4**

MINNEAPOLIS ELECTRIC LAMP CO., Appellant, v. GENERAL ELECTRIC CO. (Circuit Court of Appeals, Eighth Circuit. October 20, 1925.) No. 6962. Appeal from the District Court of the United States for the District of Minnesota. Rome G. Brown, Stanley S. Gillam, and Frank A. Whiteley, all of Minneapolis, Minn., for appellant. A. C. Paul and Maurice M. Moore, both of Minneapolis, Minn., Frederick P. Fish, of Boston, Mass., and Albert G. Davis, of Schenectady, N. Y., for appellee.

PER CURIAM. Appeal dismissed, without costs to either party in this court, per stipulation of parties.

**5**

MISSOURI PAC. R. CO., Appellant, v. HIGGINSON, KENSETT & JUDSONIA ROAD IMPROVEMENT DISTRICT, etc., et al. (Circuit Court of Appeals, Eighth Circuit. September 16, 1925.) No. 7087. Appeal from the District Court of the United States for the Eastern District of Arkansas. Edward J. White, of St. Louis, Mo., and Thomas B. Pryor, of Fort Smith, Ark., for appellant.

PER CURIAM. Appeal dismissed, with costs, on motion of appellant.

**6.**

NATIONAL SHAWMUT BANK OF BOSTON, Plaintiff, Plaintiff in Error, v. CITY OF BOSTON, Defendant, Defendant in Error. (Circuit Court of Appeals, First Circuit. October 20, 1925.) No. 1884. In Error to the District Court of the United States for the District of Massachusetts. Robert H. Holt, of Boston, Mass. (Gaston, Snow, Saltonstall & Hunt, of Boston, Mass., on the brief), for plaintiff in error. John A. Sullivan, of Boston, Mass. (Wm. Harold Hitchcock, of Boston, Mass., on the brief), for defendant in error. Before BINGHAM, JOHNSON, and ANDERSON, Circuit Judges.

PER CURIAM. This is the same case that was previously before this court, in which we rendered an opinion July 15, 1924. 300 F. 29. Since then the plaintiff's declaration has been amended in the District Court as to all the counts, except those upon the accounts annexed, and the defendant has filed a motion to dismiss and a demurrer thereto. The District Court has granted the motion to dismiss as to the counts on the accounts annexed and sustained the demurrer to the remaining counts. We see no reason for changing our views as to the questions decided in our opinion of July 15, 1924. The judgment of the District Court is affirmed, with costs to the defendant in error.

**7**

NEW AMSTERDAM CASUALTY COMPANY, Intervening Petitioner, v. UNITED STATES. (Circuit Court of Appeals, Sixth from the District Court of the United States Circuit. May 14, 1925.) No. 4271. Appeal for the Northern District of Ohio; John M. Killits, Judge. D. J. O'Rourke, of Toledo, Ohio, for appellant. A. E. Bernsteen, U. S. Atty., of Cleveland, Ohio.

PER CURIAM. Decree of the District Court reversed, on the authority of the opinion filed April 6, 1925, in the case of Commercial Credit Company v. United States (No. 4241) 5 F.(2d) 1.